

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MICHAEL ROY HILLIARD,

Defendant.

Case No. 1:22cr154

## STATEMENT OF FACTS

The United States and the defendant, MICHAEL ROY HILLIARD (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about May 2015 through at least in or about August 2020, in the Eastern District of Virginia and elsewhere, the defendant did knowingly and unlawfully conspire with Anthony "Monte" Gaines, Carlos Harvey, Rodriguez Norman, and others, including individuals known as "Abstract", "Big Head", and "Deep in the Game", to commit the following offenses:

    a. To sponsor and exhibit dogs in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(a), and Title 18, United States Code, Section 49(a);

    b. To sell, buy, possess, train, transport, deliver, and receive dogs for purposes of having the dogs participate in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Section 49(a); and

    c. To use instrumentalities of interstate commerce for commercial speech for purposes of advertising animals for use in animal fighting ventures, promoting and in other manners furthering animal fighting ventures, in violation

1

of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Section 49(a).

2. From at least in and around May 2015 through at least in and around August 2020, MICHAEL ROY HILLIARD ("No Dayz Off") and his conspirators created and used on the Telegram app private groups they generally referred to as "The DMV Board" or "The Board" as places where they and their associates could discuss training fighting dogs, exchange videos about dogfighting, and arrange and coordinate dog fights, away from the view of law enforcement authorities. Members of The DMV Board also used the Telegram app private groups to compare methods of killing dogs that lost fights, as well as to circulate media reports about dogfighters who had been caught by law enforcement, and discuss methods to minimize the likelihood that they would be caught themselves.

3. On or about December 26, 2014, MICHAEL ROY HILLIARD modified an on-line pedigree about his fighting dog, No Dayz Off Maino.

4. On or about January 6, 2015, MICHAEL ROY HILLIARD modified an on-line pedigree about his fighting dog, No Dayz Off Lady.

5. On or about June 12, 2017, MICHAEL ROY HILLIARD texted members of the DMV Board that "my name is no days off all year round."

6. On or about June 12, 2017, when Rodriguez Norman ("Tough Love") suggested that they fight their young dogs against each other, MICHAEL ROY HILLIARD texted Norman that HILLIARD had three young dogs to fight after they were wormed.

7. On or about June 15, 2017, by text message, MICHAEL ROY HILLIARD reminded members of the DMV Board to "hit" him up when they go out to the dog yard because he wanted to bet $100 on a dog fight.

2

8. On or about November 4, 2018, MICHAEL ROY HILLIARD told a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" that he was interested in purchasing a 13-14 month-old female dog that already had been trained for fighting.

9. On or about January 17, 2019, MICHAEL ROY HILLIARD asked "City Limits" on the DMV Board how he was looking for a dogfight on January 19, 2019.

10. On or about February 10, 2019, "Never Say Never" told the DMV Board that one of the dogs of MICHAEL ROY HILLIARD was real "high intense", "made all his spots," and was going to "be alright."

11. On or about April 6, 2019, MICHAEL ROY HILLIARD, Carlos Harvey, and "Never Say Never" drove through Fairfax, Prince William, and Stafford Counties along I-95 in Virginia, with a dog belonging to "Never Say Never", so that "Never Say Never" could enter the dog in a dog fight in Bunnlevel, North Carolina.

12. On or about April 6, 2019, in Bunnlevel North Carolina, MICHAEL ROY HILLIARD and Carlos Harvey attended a fight of a "Never Say Never" dog.

13. On or about April 6, 2019, after a dog fight that lasted less than 10 minutes before being won by the dog belonging to "Never Say Never", an unindicted conspirator shot and killed the dog that lost the fight.

14. On or about June 4, 2019, MICHAEL ROY HILLIARD told "Never Say Never" on a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" that HILLIARD wanted to travel to North Carolina to attend "Never Say Never"'s next dog fight.

15. On March 31, 2022, MICHAEL ROY HILLIARD spoke to investigators. During the interview, HILLIARD denied using the name "No Days Off" and denied interacting

with other users of Telegram or the DMV Board. HILLIARD denied traveling to Bunnlevel, North Carolina to attend a dog fight.

16. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

17. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 1, 2022         By: _____
                                   Gordon D. Kromberg
                                   Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MICHAEL ROY HILLIARD, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*[signature]*
MICHAEL ROY HILLIARD

I am Joan Caroline Robin, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

*[signature]*
Joan Caroline Robin
Attorney for MICHAEL ROY HILLIARD