

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO GLENN "RIP" THORNE, Jr.,<br><br>Defendant. | Case No. 1:22cr154 |

## STATEMENT OF FACTS

The United States and the defendant, RICARDO GLENN "RIP" THORNE (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about May 2015 through at least in or about August 2020, in the Eastern District of Virginia and elsewhere, the defendant did knowingly and unlawfully conspire with Anthony "Monte" Gaines, Carlos Harvey (sometimes referenced as "Roc9"), Rodriguez Norman (sometimes referenced as "Tough Love"), and others, including individuals known as "Get Sick", "Never Say Never", "Fatal Attraction", "No Days Off", "City Limits", "Abstract", "Big Head", and "Deep in the Game", to commit the following offenses:

   a. To sponsor and exhibit dogs in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(a), and Title 18, United States Code, Section 49(a);

   b. To sell, buy, possess, train, transport, deliver, and receive dogs for purposes of having the dogs participate in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Section 49(a); and

  c. To use instrumentalities of interstate commerce for commercial speech for purposes of advertising animals for use in animal fighting ventures, promoting and in other manners furthering animal fighting ventures, in violation of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Section 49(a).

2. From at least in and around May 2015 through at least in and around August 2020, RICARDO GLENN "RIP" THORNE ("Darkside") and his conspirators created and used on the Telegram app private groups they generally referred to as "The DMV Board" or "The Board" as places where they and their associates could discuss training fighting dogs, exchange videos about dogfighting, and arrange and coordinate dog fights, away from the view of law enforcement authorities. Members of The DMV Board also used the Telegram app private groups to compare methods of killing dogs that lost fights, as well as to circulate media reports about dogfighters who had been caught by law enforcement, and discuss methods to minimize the likelihood that they would be caught themselves.

1. In a phone conversation on or about October 18, 2015, RICARDO GLENN "RIP" THORNE ("Darkside") told unindicted conspirator Anthony "Monte" Gaines that "every dog we lost to went on to make champion." THORNE further told Gaines that, when THORNE "started to get back into the dogs," THORNE purchased "Hit Man," for breeding from LARON MECCO "FROG" WEST after WEST "rolled" (used as a sparring partner) "Hit Man" against "Cody" (another dog).

2. In a phone conversation on or about October 19, 2015, LARON MECCO "FROG" WEST told Gaines that WEST was supplying fighting dogs to RICARDO GLENN "RIP" THORNE.

3. In a phone conversation on or about October 28, 2015, RICARDO GLENN "RIP" THORNE ("Darkside") told Gaines that THORNE was housing a fighting dog for WEST, and

2

that THORNE had sold WEST two fighting dogs, including one who lost "game" and "scratched dead" after a fight that lasted one hour and 37 minutes. THORNE further told Gaines that THORNE had a female fighting dog in heat who had killed two other dogs, and was in demand for breeding.

4. In a phone conversation on or about November 9, 2015, RICARDO GLENN "RIP" THORNE ("Darkside") told Gaines that THORNE was trying to set up a fight for dogs belonging to Gaines. THORNE further told Gaines that Thorne was able to make a lot of money from charging admission to dog fights that he held at a warehouse, and did it for years but never got popped. THORNE said:

> Now, we did some reckless stuff back in the day. We used to -- right there, you could ask Frog, all the old timers. We used to use a warehouse right on Kenilworth Avenue, right next to the PepsiCola plant. But it was a warehouse, and my man ran the warehouse. So, we would set up shop the night before. We would have shows sometimes from nine at night to five in the morning. The warehouse was so big, people would be in the rafters. But the thing about it was, the warehouse was right off a main road. You could actually park your car in there, if you was the -- the people that was doing the dogs, if you wanted to, you know what I'm saying, or be around the corner, whatever you wanted to do. But it was a -- what you call it? It was like an industrial district, like a warehouse district, you know what I'm saying? . . . So, we did that for years, and we -- I ain't gonna lie, we made a lot of money off the gate, to pay for the show . . . . . But anyway, we did that for a while, for a good little while, and I never really realized how many people was there until one day, I sat back and thought about it, man. They was shows, but they was over 50 to 70 people there, and we never got any trouble, because we handled it business-like.

5. In a phone conversation on or about November 10, 2015, RICARDO GLENN "RIP" THORNE ("Darkside") told Gaines that THORNE had a dog that killed six other dogs in less than a year. THORNE told Gaines that THORNE had another dog that won three fights at 18 months old, after he "rolled" her as a puppy with a guy in Waldorf but that, on another occasion, he drove for hours to North Carolina for his dog to lose in only 15 minutes. THORNE

further told Gaines that THORNE does not drive his own car or bring his work ID with him to a dog fight because that was how other dog fighters had been caught.

6. On or about April 19, 2016, RICARDO GLENN "RIP" THORNE ("Darkside") modified an on-line pedigree profile for his fighting dog Darkside Macho Redzz.

7. In and around June 16, 2016, RICARDO GLENN "RIP" THORNE ("Darkside") sought to obtain from CHARLES EDWARD WILLIAMS, III puppies sired by a fighting dog of WILLIAMS known as "Fish Grease".

8. On or about June 18, 2017, RICARDO GLENN "RIP" THORNE ("Darkside") posted to a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" a description of a fighting dog that had won over $50,000, and noted that the most that he himself had ever won at one show was $15,000.

9. On or about June 18, 2017, RICARDO GLENN "RIP" THORNE ("Darkside") posted to the DMV Board a solicitation to arrange a fight for a 35-pound male dog.

10. On or about June 20, 2017, RICARDO GLENN "RIP" THORNE ("Darkside") posted to the DMV Board that "this shit was never legal."

11. On or about June 22, 2017, RICARDO GLENN "RIP" THORNE ("Darkside") posted to the DMV Board that he had a fighting dog that "never crank up til three years old when he did start killed everything he touched and won three in the box."

12. In a phone conversation on or about July 29, 2017, CHARLES EDWARD WILLIAMS, III and Rodriguez Norman discussed the attempt of RICARDO GLENN "RIP" THORNE ("Darkside") to arrange a fight for a 35 pound dog with SHABORN AMAR "SHY" NESBITT.

13. In a phone conversation on or about July 30, 2017, RICARDO GLENN "RIP" THORNE ("Darkside") told unindicted conspirator Rodriguez Norman that THORNE was trying to arrange a fight for a 40-pound female dog.

14. In a phone conversation on or about August 3, 2017, unindicted conspirator RICARDO GLENN "RIP" THORNE ("Darkside") told Rodriguez Norman that THORNE was going to breed his fighting dogs to THORNE's fighting dog Macho Redzz.

15. In a phone conversation on or about August 21, 2017, unindicted conspirator Rodriguez Norman discussed breeding fighting dogs with RICARDO GLENN "RIP" THORNE ("Darkside").

16. On or about October 24, 2018, RICARDO GLENN "RIP" THORNE ("Darkside") posted on a the DMV Boardan offer to arrange fights for his 36-pound male dog and his 40-pound male dog.

17. On or about October 30, 2018, SHABORN AMAR "SHY" NESBITT ("The God I Am") asked on the DMV Board whether RICARDO GLENN "RIP" THORNE ("Darkside") had posted on-line that he had a 41-pound male that he wanted to fight for $5,000.

18. On or about October 30, 2018, RICARDO GLENN "RIP" THORNE ("Darkside") told SHABORN AMAR "SHY" NESBITT ("The God I Am") on the DMV Board that THORNE already had a fight arranged for a 40-pound male for $5,000.

19. On or about January 2, 2019, RICARDO GLENN "RIP" THORNE ("Darkside") advised the DMV Board that Darkside Kennels had been around for over 20 years, and that newer dogfighters should learn some "dogman etiquette."

20. In and around July 2019, RICARDO GLENN "RIP" THORNE allowed LARON MECCO "FROG" WEST to train his fighting dog "Lil Charlie" at THORNE's residence in Camp Springs, Maryland, in preparation for a dog fight in Delaware on August 3, 2019.

21. On or about July 30, 2019, RICARDO GLENN "RIP" THORNE possessed at his residence in Camp Springs, Maryland, dog fighting instruments including breeding stands, flirt poles, medical aid materials, dog pedigree information, scales and weighted collars, and nine Pit Bull type dogs, many with scarring patterns and lacerations consistent with animal fighting.

22. On or about July 30, 2019, RICARDO GLENN "RIP" THORNE told investigators that he did not know that there were nine dogs tied up in the yard of his residence, and that only one of them was his. THORNE said that he had allowed WEST to keep a dog in THORNE's yard.

23. On or about August 31, 2022, RICARDO GLENN "RIP" THORNE told investigators that THORNE had "never" been involved in dogfighting, and knew nothing about the DMV Board.

24. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case

<<

<<

<<

<<

<<

6

25. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 22, 2022     By: _____
Gordon D. Kromberg
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, RICARDO GLENN "RIP" THORNE, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
RICARDO GLENN "RIP" THORNE

I am Frank Salvato, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Frank Salvato
Attorney for RICARDO GLENN "RIP" THORNE