Case 1:22-cr-00154-LMB Document 183 Filed 07/31/23 Page 1 of 3 PageID# 1322
Case: 1:22-cr-00154, Document: 175, Filed: 06-16-2023, Page 1 of 6

AO 245B (Rev. 09/19) (VAE 01/22) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | Case Number: 1:22CR154-007 |
| TARRY JERON "TJ" WILSON | ) | USM Number: 19187-510 |
| | ) | Daniel Hutcheson Goldman, Esquire |
| | ) | Defendant's Attorney |

The defendant pleaded guilty to Count 1 of the Indictment.

The defendant is adjudged guilty of this offense:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 7 U.S.C. § 2156 and 18 U.S.C. §§ 49(a) and 371 | Conspiracy to Engage in an Animal Fighting Venture | 08/2020 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 3 of the Indictment is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

June 16, 2023
Date of Imposition of Judgment

/s/ _____
Leonie M. Brinkema
United States District Judge

Date: June 16, 2023

FILED MAILROOM
JUL 31 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



Case 1:22-cr-00154-LMB Document 183 Filed 07/31/23 Page 3 of 3 PageID# 1324
Case: 1:22-cr-00154, Document: 175, Filed: 06-16-2023, Page 2 of 6

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a C    ial Case
Sheet 2 - Imprisonment

Page 2 of 6

Case Number:       1:22CR154-007
Defendant's Name:  WILSON, TARRY JERON "TJ"

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS with credit for time served.

The Court makes the following recommendations to the Bureau of Prisons:
The defendant to be designated to the federal medical center in Butner, North Carolina or any other federal medical center as close to this area as possible.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. Until he self-surrenders, the defendant shall remain under the Order Setting Conditions of Release entered on August 31, 2022, with the added condition that when notified as to where to report, the defendant self-surrender to the facility as directed.

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on 07/25/23 to SCP Lewisburg
at Lewisburg, PA, with a certified copy of this Judgment.

J. Sage, Warden
~~UNITED STATES MARSHAL~~

By    M Wagner CSO
~~DEPUTY UNITED STATES MARSHAL~~