

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution

*Fairton, New Jersey 08320*
*(856) 453-1177*

October 26, 2023

Frank Salvato, Attorney
1203 Duke Street
Alexandria, VA 22314

RE:   Thorne, Ricardo Glenn Jr
Register Number: 19194-510

Dear Mr. Salvato:

This is in response to your correspondence regarding your client, Ricardo Thorne an inmate currently incarcerated at the Federal Correctional Institution (FCI) Satellite Camp at Fairton, New Jersey. In your letter you request a Compassionate Release due to his medical condition. Specifically, you state inmate Thorne's has experienced multiple seizures while at this facility and you're asking he be released to home confinement.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons, to reduce a term of imprisonment for extraordinary or compelling reasons. Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons. The factors we consider are terminal medical conditions, debilitated medical conditions, status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Inmate Thorne does not meet the factors listed above; therefore, a recommendation for Compassionate Release cannot be completed at this time.

Regarding your request for home confinement, we are in the process of reviewing and completing a referral for home confinement. The earliest eligibility date for home confinement based on the 2007 Second Chance Act is March 18, 2024.

I trust this addresses your concerns.

Sincerely,

S. Merendino,
Warden